**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **JHONY GOMEZ ALVAREZ** | **CIVIL ACTION NO. 2:19-cv-00182** |
| **VERSUS** | **DISTRICT JUDGE:** <br> **KEITH STARRETT** |
| **HOME DEPOT AND JOHN AND JANE DOES 1-10** | **MAGISTRATE JUDGE:** <br> **MICHAEL T. PARKER** |

## JOINT MOTION FOR DISMISSAL

ON JOINT MOTION of Plaintiff, Jhony Gomez Alvarez ("Plaintiff"), and Defendant, Home Depot U.S.A., Inc. ("Home Depot"), appearing herein through undersigned counsel of record, and on suggesting to the court that all claims and demands of Plaintiff in the above entitled and numbered cause against Home Depot have been settled and compromised to the full satisfaction of these parties, and that the parties desire that all claims and demands of Plaintiff against Home Depot in this suit should be dismissed with prejudice, each party to bear their own costs.

Respectfully submitted this the 29th day of May, 2020.

**SIGNATURES FOLLOW ON NEXT PAGE**

00863171-2

/s/ Mike Saltaformaggio
Mike Saltaformaggio (MSB# 104000)
Mack Reeves (MSB# 104823)
Seth Thompson (MSB# 103887)
'Maggio Thompson, LLP
1227 E. Fortification Street
Jackson, Mississippi 39202
Telephone:   (601) 300-3333
Facsimile:   (769) 257-7770
Email: mike@mtlawms.com
**Attorneys for Plaintiff, Jhony Gomez Alvarez**

/s/ Megan S. Peterson
Megan S. Peterson (MSB # 105044)
SIMON, PERAGINE, SMITH, & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone: 504-569-2030
Facsimile: 504-569-2999
Email: meganp@spsr-law.com
**Counsel for Home Depot U.S.A., Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or through facsimile or U.S. Mail, postage paid.

This **29th** day of **May**, 2020.

/s/ Megan S. Peterson

00863171-2